Michael E. Piston
Attorney for Plaintiff
Michael E. Piston, PC
4000 Livernois, Suite 110
Troy, MI  48098
(248) 524-1936

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT A. A. VANDIEST<br>40 Elslo<br>B-9940, Evergem, Belgium<br>32/494.20.69.95<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY<br>Washington, DC  20528<br>(202) 282-8495,<br><br>Defendant. | Case No.: 1:07-cv-00046<br><br>ERRATA |

ERRATA

ERRATA - 1

Michael E. Piston, P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

1  Attached for filing please find the signature return receipts which
2  are related to the Proofs of Service filed with the Court on February
3  07, 2007.

4

5  Respectfully submitted,

Dated this 8th day of February, 2007

*Sue Alexandrowicz*
Sue Alexandrowicz, Legal Assistant
Michael E. Piston, P.C.
4000 Livernois Road, Ste. 110
Troy, MI 48098
(248)524-1936 telephone
(248)680-0627 facsimile
michael@piston.net

ERRATA - 2

Michael E. Piston, P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

**SENDER: COMPLETE THIS SECTION**

- ete items 1, 2, and 3. Also complete if Restricted Delivery is desired.
- ur name and address on the reverse we can return the card to you.
- his card to the back of the mailpiece, e front if space permits.

ressed to:

Attorney's Office
ary Center Bldg
Fourth St., N.W
ington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received By (Printed Name)    C. Date of Delivery
JAN 17 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

er
n service label)    7004 2510 0006 4484 5402

1, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales
US Attorney General
US Dept of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JAN 17 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 2510 0006 4484 5419

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1 Article Addressed to:

Department of
Homeland Security
Washington, DC 20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Megan [Crumwader]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JAN 25 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 2510 0006 4484 5396

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540