IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KURT A.A. VANDIEST ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0046 (EGS) |
| ) | |
| DEPARTMENT OF HOMELAND SECURITY ) | |
| ) | |
| Defendant ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Michelle Johnson, Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/
Michelle Johnson, #491910
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7139 (telephone)
(202) 514-8780 (facsimile)
Michelle.Johnson@usdoj.gov