IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KURT A. A. VANDIEST**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-0046 (EGS) |
| ) | |
| **DEPARTMENT OF HOMELAND SECURITY**, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for a three-week enlargement of time to file its response to Plaintiff's Complaint. In support of this motion, Defendant states the following:

1. Plaintiff filed his Complaint in this Court on January 8, 2007. Defendant's answer or response to the Complaint is due on or before February 16, 2007.

2. The undersigned counsel has been in contact with the United States Department of Homeland Security, the agency to which Plaintiff addressed his Freedom of Information Act ("FOIA") request. The agency never responded to Plaintiff's request and thus no records have previously been located. The agency is now in the process of searching its records so that it may forward its files to the undersigned counsel, however, due to an extremely large backload of cases, the agency needs additional time to compile the materials related to Plaintiff's request and determine, if necessary, whether there are any applicable exemptions that preclude release of the documents.

3. Because the undersigned counsel will need additional time to review any

materials that are provided to her by the Agency, she is requesting additional time to respond to the complaint.  Accordingly, Defendant seeks a three-week extension of time, up to and including March 9, 2007, in which to answer or otherwise respond to Plaintiff's complaint.

    4.    Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who has stated that he does not oppose the relief sought herein.

Dated: February 13, 2007

                                                Respectfully submitted,

                                                /s/ Jeffrey A. Taylor
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney

                                                /s/ Rudolph Contreras
                                          RUDOLPH CONTRERAS, D.C. BAR #  434122
                                          Assistant United States Attorney

                                                /s/ Michelle N. Johnson
                                          MICHELLE N. JOHNSON, D.C. BAR # 491910
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          Civil Division
                                          555 4th Street, N.W. – Room E4212
                                          Washington, D.C. 20530
                                          (202) 514-7139

                                          COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KURT A. A. VANDIEST**, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.: 07-0046 (EGS) |
| **DEPARTMENT OF HOMELAND SECURITY**, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

This matter having come before this Court on Defendant's Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall file its response to Plaintiff's complaint on or before March 9, 2007.

**SO ORDERED** this ____ day of _____, 200__.

_____
EMMET G. SULLIVAN
United States District Court Judge