IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KURT A. A. VANDIEST**, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No.: 07-0046 (EGS) | |
| ) | | |
| **DEPARTMENT OF HOMELAND SECURITY**, ) | | |
| ) | | |
| Defendant. ) | | |

**DEFENDANT'S OTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through counsel, respectfully moves this Court for a one-week enlargement of time to file its response to Plaintiff's Complaint. In support of this motion, Defendant states the following:

1. Plaintiff filed his Complaint in this Court on January 8, 2007. Defendant's answer or response to the Complaint was due on or before February 16, 2007. On February 14, 2007, this Court granted Defendant a three-week extension of time to respond to the Complaint, making Defendant's response due on or before March 9, 2007.

2. The undersigned counsel has been in contact with the United States Department of Homeland Security, the agency to which Plaintiff addressed his Freedom of Information Act ("FOIA") request. The Agency has recently informed the undersigned counsel that, due to a large backload of outstanding FOIA requests, the Agency has not yet been able to process Plaintiff's FOIA request.

3. In light of the substantial backload of FOIA requests, the Agency expects to file a motion for a stay in this matter, pursuant to <u>Open America v. Watergate Special Prosecution</u>

Force, 547 F.2d 605 (D.C. Cir. 1976). However, at this time, the Agency is awaiting further information regarding the expected length of time that will be needed to process Plaintiff's FOIA request and to prepare a proper motion and declaration for submission to the Court. For these reasons, the undersigned counsel seeks an additional week of time so that the Agency may properly present it request for a stay in this matter to the Court.

    4.    Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel to determine his position to the relief sought. Plaintiff's counsel has indicated that he does not oppose the relief sought herein.

Dated: March 9, 2007

                                  Respectfully submitted,

                                  /s/ Jeffrey A. Taylor
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney

                                /s/ Rudolph Contreras
                              RUDOLPH CONTRERAS, D.C. BAR #  434122
                              Assistant United States Attorney

                                /s/ Michelle N. Johnson
                              MICHELLE N. JOHNSON, D.C. BAR # 491910
                              Assistant United States Attorney
                              United States Attorney's Office
                              Civil Division
                              555 4th Street, N.W. – Room E4212
                              Washington, D.C. 20530
                              (202) 514-7139

                              COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KURT A. A. VANDIEST**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-0046 (EGS) |
| ) | |
| **DEPARTMENT OF HOMELAND SECURITY**, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter having come before this Court on Defendant's Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall file its response to Plaintiff's complaint on or before March 16, 2007.

**SO ORDERED** this ____ day of _____, 200__.

_____
EMMET G. SULLIVAN
United States District Court Judge