**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **KURT A. A. VANDIEST**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No.: 07-0046 (EGS)** |
| | ) | |
| **DEPARTMENT OF HOMELAND SECURITY**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF DEFENDANT'S MOTION FOR AN OPEN AMERICA STAY OF THE PROCEEDINGS

Defendant, the Department of Homeland Security, hereby files its notice of filing a motion for an Open America stay of the proceedings.  Defendant's memorandum of law and other supporting materials accompany its Motion to Dismiss for Lack of Subject Matter Jurisdiction [Docket No. #9].

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

/s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212

Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT