Michael E. Piston
Attorney for Plaintiff
Michael E. Piston, PC
4000 Livernois, Suite 110
Troy, MI  48098
(248) 524-1936

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KURT A. A. VANDIEST

                    Plaintiff,

          vs.                              Case No.: 07-0046 (EGS)

DEPARTMENT OF HOMELAND
SECURITY                                   VOLUNTARY DISMISSAL

                    Defendant.

VOLUNTARY DISMISSAL

Michael E. Piston, P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

TAKE NOTICE:

This action is dismissed by the Plaintiffs in its entirety.

The dismissal is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated this 23rd day of March, 2007

s/MICHAEL E. PISTON
Michael E. Piston
Michael E. Piston, P.C.
4000 Livernois, Suite 110
Troy, MI  48098
248-524-1936
248-680-0627 facsimile
michael@piston.net

CERTIFICATE OF SERVICE

I, Michael E. Piston, served a copy of Plaintiffs' Voluntary Dismissal and this Proof of Service upon the Defendants by ordinary mail at

VOLUNTARY DISMISSAL - 2

Michael E. Piston, P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

the indicated address:

U.S. Attorney's Office
Michelle Johnson #491910
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530

Dated:  March 23, 2007                    s/MICHAEL E. PISTON
                                          Michael E. Piston
                                          Michael E. Piston, P.C.
                                          4000 Livernois, Suite 110
                                          Troy, MI  48098
                                          248-524-1936
                                          248-680-0627 facsimile
                                          michael@piston.net

VOLUNTARY DISMISSAL - 3

Michael E. Piston, P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net